NORTON ROSE FULBRIGHT

Norton Rose Fulbright US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001-4501
United States of America

Direct line +1 202 662 0460
david.kearns@nortonrosefulbright.com

Tel +1 202 662 0200
Fax +1 202 662 4643

July 18, 2023

**FILED VIA ECF**

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re: *Securities Exchange Commission v. Maximilien Barton et al.*, No. 23-10046

Dear Mr. Cayce:

Pursuant to Fed. R. App. P. 28(j), appellants Maximilien Barton, et al. submit this Court's decision in *Securities Exchange Commission v. Timothy Barton*, --- F.4th ----, No. 22-11132, 2023 WL 4231605 (5th Cir. June 28, 2023) ("*Tim Barton*"), a related appeal.

*Tim Barton* largely resolves this case in Appellants' favor. Appellants—who are not the target of any claims in this case—intervened in the district court after that court issued an order placing the *Tim Barton* defendants' assets into a receivership and the receiver later moved to subject Appellants to the receivership order. Op. Br. 6-13. In *Tim Barton*, this Court vacated that receivership order and stayed it pending issuance of the mandate. 2023 WL 4231605, at *6. That result leaves no receivership in place over appellants. *See* Reply Br., at 2-3 & n.4.

Moreover, the Court held that the district court could not place entities into receivership without the SEC first establishing that they "received or benefitted from assets traceable to" the underlying alleged fraud. *Tim Barton*, 2023 WL 4231605, at *5. That funds-tracing requirement is one of Appellants' key arguments in this case, and *Tim Barton*'s holding is therefore applicable here. *See, e.g.*, Reply Br. 4-12.

Sincerely,

David Kearns

Attachment

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

j

# CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2023, I electronically filed the foregoing document using the Court's CM/ECF system which served the document on counsel for all parties to this appeal:

Ezekiel L. Hill
U.S. Securities & Exchange Commission
Office of General Counsel
100 F Street NW
Washington, DC 20549
202-551-7724
hillez@sec.gov

Counsel for U.S. Securities & Exchange Commission

*s/ David T. Kearns*
Counsel for Interested-Party
Appellants and Appellants

# CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitations of Fed. R. App. P. 28(j) because it contains 200 words. This document complies with Fed. R. App. P. 32(a)(5), and 5th Cir. R. 32.1 and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman typeface.

Dated: July 18, 2023

*s/ David T. Kearns*
Counsel for Interested-Party
Appellants and Appellants