# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 01, 2023

Mr. Ezekiel Levenson Hill
Securities and Exchange Commission
Office of General Counsel
100 F Street, N.E.
Washington, DC 20549

Mr. David Thomas Kearns
Norton Rose Fulbright US, L.L.P.
799 9th Street, N.W.
Room 1000
Washington, DC 20001-4501

No. 23-10046 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Counsel:

Please be advised that the court has requested supplemental letters briefs addressing the orders entered by the district court on November 29, 2023 including, but not limited to whether those orders moot the instant appeal in any way. In addition, each letter should address whether any entities at issue in the instant appeal that were previously subject to the original and supplemental order appointing a receiver (Dkt. No.88) no longer fall within the district's court latest order appointing a receiver (Dkt. No. 417).

These letter brief should be no more than ten pages in length. Appellants' brief shall be filed by 5:00 p.m., December 11, 2023. Appellee's response shall be filed by 5:00 p.m., December 18, 2023.

Sincerely,

LYLE W. CAYCE, Clerk

By: _________________________
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc: Mr. Nathan Baum
Mr. Keefe Michael Bernstein
Mr. Christopher Cooke

Ms. Barbara Light
Mr. Samuel Ramer