# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 11, 2023

Mr. David Thomas Kearns
Norton Rose Fulbright US, L.L.P.
799 9th Street, N.W.
Room 1000
Washington, DC 20001-4501

No. 23-10046 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Mr. Kearns,

We have reviewed your electronically filed appellants' brief and it is sufficient.

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief/record excerpts directly from your original file without any header.

Sincerely,

LYLE W. CAYCE, Clerk

Renee McDonough

By: _______________________
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
Mr. Nathan Baum
Mr. Keefe Michael Bernstein
Mr. Christopher Cooke
Mr. Ezekiel Levenson Hill
Ms. Barbara Light

Mr. Samuel Ramer