# United States Court of Appeals for the Fifth Circuit

No. 23-10046

United States Court of Appeals
Fifth Circuit
**FILED**
January 3, 2024
Lyle W. Cayce
Clerk

Securities and Exchange Commission,

*Plaintiff—Appellee*,

*versus*

Timothy Barton; Et al.,

*Defendants*,

Maximilien Barton; Gillespie Villas, L.L.C.; Venus59, L.L.C.; TRTX Properties, L.L.C.; MXBA, L.L.C.; Titan Investments, L.L.C.,

*Interested Parties—Appellants*,

TC Hall, L.L.C.; Titan 2022 Investment, L.L.C.,

*Appellants*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

Before Stewart, Dennis, and Wilson, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as moot.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.