# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 26, 2024

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

No. 23-10046 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _________________________
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc: Mr. Nathan Baum
Mr. Keefe Michael Bernstein
Mr. Christopher Cooke
Mr. Ezekiel Levenson Hill
Mr. David Thomas Kearns
Ms. Barbara Light
Mr. Samuel Ramer